ROY DUDLEY SMITH v. JAMES ALBERT BOHLEN AND BETTY LOU HOLMQUIST BOHLEN

No. 410A89

(Filed 3 April 1991)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30 from a decision by a divided panel of the Court of Appeals, 95 N.C. App. 347, 382 S.E.2d 812 (1989), finding no error in the judgment and verdict entered by *Morgan, J.,* at the 11 April 1988 Session of Superior Court, GUILFORD County. Heard in the Supreme Court 15 March 1990.

*Smith, Patterson, Follin, Curtis, James, Harkavy & Lawrence, by Michael F. Curtis, for plaintiff-appellant.*

*Frazier, Frazier & Mahler, by Robert A. Franklin and James D. McKinney, for defendant-appellees.*

PER CURIAM.

Affirmed.